■ C. L. WHITING, Petitioner, v TOWN OF PITTSFORD, Respondent. — Petition unanimously granted, without costs, determination annulled and respondent directed to comply with the public hearing requirements of EDPL article 2. Same memorandum as in *Matter of Marshall v Town of Pittsford* (105 AD2d 1140). (EDPL 207, subd [B].) Present — Dillon, P. J., Green, O'Donnell, Moule and Schnepp, JJ.

■ In the Matter of PATRICK L. CLARK, Respondent, v IRENE D. SHEPPARD, Appellant. — Order unanimously affirmed, without costs, for reasons stated at Oneida County Family Court, Pomilio, J. (Appeal from order of Oneida County Family Court, Pomilio, J. — visitation.) Present — Dillon, P. J., Green, O'Donnell, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SCHUMANN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *People ex rel. Douglas v Vincent,* 67 AD2d 587, affd 50 NY2d 901). (Appeal from judgment of Supreme Court, Wyoming County, Doyle, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ In the Matter of IVAN PRESLAR, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Flynn, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEAN BARTON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Matter converted to CPLR article 78 proceeding (see *People ex rel. Corcoran v Smith* (105 AD2d 1142). Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Marshall, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.